[No. 72811-3-I.   Division One.   August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER K. WITTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-15502-4, John H. Chun, J., entered October 31, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72824-5-I.   Division One.   August 8, 2016.]

JENNIFER B. DONNELLY, *Individually and as Guardian*, ET AL., *Appellants*, v. HDR ARCHITECTURE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-37290-1, Douglass A. North, J., entered November 17, 2014. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 73112-2-I.   Division One.   August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVARO BALDERAS-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-1-00250-8, Ira Uhrig, J., entered February 10, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Leach, JJ.

[No. 73131-9-I.   Division One.   August 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCQUES E. CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-15388-9, Andrea A. Darvas, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Leach, JJ.